# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-20-00022-CV

**Audi Aktiengesellschaft, Appellant**

**v.**

**State of Texas and Travis County, Appellee**

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-16-000370, THE HONORABLE TIM SULAK, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

The stay issued in this case on March 6, 2020, is lifted.

It is ordered on January 14, 2021.


Before Chief Justice Byrne, Justice Triana, and Justice Smith